IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:18CR61-1
:
TIMOTHY GEORGE DOWD :

The Grand Jury charges:

COUNT ONE

On or about June 23, 2017, TIMOTHY GEORGE DOWD knowingly and willfully did transmit in interstate commerce from Winston-Salem, in the County of Forsyth, in the State and Middle District of North Carolina, to Washington, District of Columbia, an e-mail communication to the United States Congress, which electronic communication contained a threat to injure the person of another, specifically,

> "Plenty of us hate the government filth that is ruining this country.
>
> I myself am coordinating and planning assasinations [sic] against sub-human members of Congress.
>
> I just hate them and want them to die.
>
> Timothy Dowd."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

On or about June 30, 2017, in the County of Forsyth, in the Middle District of North Carolina, TIMOTHY GEORGE DOWD, in a matter within the jurisdiction of the executive branch of the Government of the United States of America, that is, the Federal Bureau of Investigation, in order to mislead the Federal Bureau of Investigation, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation to wit: claiming to be "at work" on the date of the offense charged in Count One, when in truth and in fact, records confirmed that he was not at work on that date, having taken sick leave; in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: February 26, 2018

MATTHEW G.T. MARTIN
United States Attorney

BY: TERRY M. MEINECKE
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

2