**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF NORTH CAROLINA

251 N. Main St., Suite #840
Winston-Salem, NC 27101
Phone: (336) 293-5086
Fax: (336) 631-5095



# M E M O R A N D U M
April 12, 2018

TO: Terry M. Meinecke, Assistant U.S. Attorney

FROM: Jessica Chavez, U.S. Probation Officer

RE: **DOWD, Timothy George**
**Docket No.: 1:18CR61-1**
**NOTICE OF APPARENT VIOLATION**

## RELEASE STATUS

On March 1, 2018, Mr. Timothy George Dowd was ordered released under conditions of pretrial supervision by the Honorable Joi Elizabeth Peake, U.S. Magistrate Judge. Mr. Dowd was charged with Communicating Threats in violation of 18:875(c), and False Statements in violation of 18:1001(a)(2). His conditions of pretrial supervision include:

> 1. The defendant shall not possess or use a computer, or other means, to access the internet or an email account or service.

On April 1, 2018, and April 9, 2018, Mr. Dowd allegedly accessed the internet and sent two e-mails to the U.S. Capitol Police Public Information Office, as he is previously alleged to have done, which led to his indictment.

## APPARENT VIOLATION

On April 1, 2018, it is believed that Mr. Dowd accessed the internet against his conditions of release and sent an e-mail to the U.S. Capitol Police, Public Information Office e-mail account. Again, on April 9, 2018, it is suspected that Mr. Dowd accessed the internet and sent another email from his mother's email account, expressing continuous disdain at politicians, similar content, language and writing as the previous e-mails he had allegedly sent to the same U.S. Capitol Police Officer.

## SUMMARY OF DEFENDANT'S ADJUSTMENT TO SUPERVISION:

Mr. Dowd presented no other violations of his conditions of release. He is presently residing in Winston-Salem, NC, and is not currently employed.

**RECOMMENDATION**

It is recommended that a warrant be issued for Mr. Dowd, that his bond be revoked and he be detained until his sentencing. Mr. Dowd is believed to have violated his amended condition of pretrial supervision that was placed upon him by the Honorable Joi Elizabeth Peake. It appears that he continued to access the internet after being specifically ordered not to by the Court.

cc: The Honorable Elizabeth Peake
    Ira R. Knight, Defense Attorney
    Edward R. Cameron, Supervisory U.S. Probation Officer