IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:18CR61-1 |
| | : | |
| TIMOTHY GEORGE DOWD | : | |

## FACTUAL BASIS

NOW COMES the United States of America, by and through Sandra Hairston, Acting United States Attorney for the Middle District of North Carolina, and as a factual basis under Fed. R. Crim. P. 11, states the following:

On June 26, 2016, the FBI was notified of a threat made against members of the United States Congress via email. The email was submitted electronically on June 23, 2017, utilizing an email address of timothy.dowd7@gmail.com, and read as follows:

"Plenty of us hate the government filth that is ruining this country.

I myself am coordinating and planning assasinations[sic] against the sub-human members of Congress.

I just hate them and want them to die.

Timothy Dowd."

A database search revealed two previous instances in which Timothy George Dowd was the subject of federal investigations for making threats. Investigators soon identified Dowd's residence as 2037 Pembroke Forest Drive in Winston Salem, North Carolina. A search warrant was obtained and executed on June 29, 2017. Dowd was living at that residence with his parents. As a result of the search, investigators seized numerous electronic devices, including laptops, hard drives and cell phones. Dowd was also interviewed on that same date. He confirmed that the email address of [timothy.dowd7@gmail.com](mailto:timothy.dowd7@gmail.com) was "exclusively his" and that he "should be the only person using that address." He denied being the author of the threatening email, and claimed that he was at work on the day that the threat was transmitted, so that it would have been impossible for him to send it.

However, investigators soon confirmed that Dowd had not been working at that time.

This, the 19th day of April, 2018.

Respectfully submitted,

MATTHEW G.T. MARTIN
United States Attorney


/S/ TERRY M. MEINECKE
Assistant United States Attorney
NCSB #27586
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone:   336/332-6329
E-mail: Terry.Meinecke@usdoj.gov

3

CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ira Knight, Assistant Federal Public Defender.

/S/ TERRY M. MEINECKE
Assistant United States Attorney
NCSB #27586
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC   27401
Phone:   336/332-6329
E-mail: terry.meinecke@usdoj.gov